IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

VS.                              CASE NO. 1:13-cv-1059-SOH

LION OIL COMPANY                                                              DEFENDANT

## ORDER

Before this Court is the Joint Stipulation and Motion to Terminate the Consent Decree (ECF No. 10).  For good cause shown, the Court determines that the Consent Decree should be terminated.  Accordingly, the motion is **GRANTED.**

**IT IS SO ORDERED**, this 9th day of December, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge